| | | |
|---|---|---|
| JEREMY ELLIOTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 5:25-CV-00177-RN |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
This matter is before the court on Plaintiff Jeremy Elliott's motion for attorney's fees under 28 U.S.C. § 2412(d) (D.E. 30). The motion states that the Defendant does not oppose the motion.

**IT IS ORDERED, ADJUDGED AND DECREED**:
The court grants the motion (D.E. 30) and awards attorney's fees in the amount of $8,700.00. Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy any preexisting debt that the litigant owes the United States. If the Defendant can verify that Plaintiff owes no pre-existing debt to the government subject to the offset, he will direct that the award be made payable to Plaintiff's attorney at Dunn Law, PLLC pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: Dunn Law, PLLC, 890 Winter Street, Suite 230, Waltham, MA 02451.

This Judgment Filed and Entered on May 28, 2026 with service on:
Jennifer Dunn (via CM/ECF Notice of Electronic Filing)
Lindsay Osterhout (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson Pendergrass
(By): Carson Pendergrass, Deputy Clerk